UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH RUSSELL JUDD, )
)
        Petitioner, )
)
v. ) Civil Action No. 03-0819
)
PAUL H. O'NEILL, *et al.*, )
)
        Respondents. )

**FILED**

MAY 1 5 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## TRANSFER ORDER

Petitioner is a federal offender who currently is confined at the Federal Medical Center in Ayer, Massachusetts. He challenges his confinement by means of the instant petition for a writ of habeas corpus.

The proper respondent to a habeas petition is the petitioner's custodian, and that a habeas petition is properly heard in the district having personal jurisdiction over the custodian. *See Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988); *see also Guerra v. Meese*, 786 F.2d 414, 416 (D.C. Cir. 1986). The custodian is the person having day-to-day control over a prisoner: the warden of the facility at which petitioner is confined. *See Chatman-Bey*, 864 F.2d at 811. Given the location of both petitioner and his custodian, and given the nature of this action, it is proper for the Court to transfer this action. *See Chatman-Bey*, 864 F.2d at 813-14.

Accordingly, on this __12TH__ day of May 2003, it is hereby

ORDERED that this action shall be TRANSFERRED to the United States District Court for the District of Massachusetts.

SO ORDERED.

*[signature: Ricardo M. Urbina]*
United States District Judge
RICARDO M. URBINA
AS MOTIONS JUDGE