In The United States District Court For The District of Massachussetts

To The Clerk:

FILED
IN CLERKS OFFICE
Date: October 17, 2003
U.S. DISTRICT COURT
DISTRICT OF MASS.

On May 15, 2003, the United States District Court For The District of Columbia entered an order to transfer my 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, Judd v. O'Neill, et al, No. 03-CV-0819, to the District of Massachussetts. I have since been transferred from the Federal Medical Center in Ayer, Massachussetts, to MDC Brooklyn, New York, and now I am at the Federal Correctional Institute, Low Security, in Allenwood, Pensylvania. Could you please send me the Docket Number in this court, plus any notices by the court, and make note of the change in address?

Thank you,

Keith Russell Judd For President of USA, FEC#C00302919, and 1-800-424-9530

U.S. Passport No. 132617454

(202) 456-1414
(202) 608-2064
(202) 545-7930
(617) 495-1100
(617) 482-3170
(212) 549-2500
(212) 661-7878
(312) 751-8000
(212) 702-6000
(213) 232-5000
(202) 863-8500
(202) 863-8000

Reg. # 11593-051
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(703) 854-3400

(915) 533-6950
(703) 482-1100
(404) 827-1503
(404) 526-5151
(505) 823-7777
(505) 884-7777
(915) 580-6597
(505) 243-4411
(215) 854-2000
(650) 513-4400
(202) 216-7000
(505) 272-4806
(915) 563-4421
(505) 277-2121