In the United States District Court For the District of Massachusetts;

Keith Russell Judd For President of USA, Petitioner,
v.
Paul H. O'Neill, Secretary of Treasury,
et aly, Respondents,

No. 1:03-CV-40145 MLW

## Motion For Leave To Appeal In Forma Pauperis; Fed.R.App.P. Rule 24

Petitioner, Judd, Prose, hereby moves this Court for leave to appeal in forma pauperis, pursuant to, Fed.R.App.P, Rule 24,

On May 15, 2003, the District of Columbia district court entered an order to transfer this case to the District of Massachussetts, I timely filed a notice of appeal. The U.S. Court of Appeals for the District of Columbia has docketed this appeal as No. 04-5039, and directs filing a motion for leave to appeal in forma pauperis. A proper motion for leave to proceed in forma pauperis was included in the original petition. Attached hereto is a recent six month account statement, see, In Re Judd, 5th Circuit No. 03-51371.

Under Sell v. United States, 156 L.Ed.2d 197, 208-210 (2003), this is an immediately appealable collateral order. The merits of my appeal are caused by a recent Supreme Court decision Castro v. United States, No. 02-6683, decided December 15, 2003, on the requirements for recharacterization.

Date: February 19, 2004          Respectfully Submitted

Keith Russell Judd For President of USA, FEC # C00302919, cct) 1-800-424-9530
(703) 267-1193                Reg. # 11593-051           (888) 868-3762
(617) 495-1100                LSCI Allenwood              (212) 415-4405
(954) 767-8573                P.O. Box 1000               (202) 863-8500
(863) 422-3751                White Deer, PA 17887        (202) 456-1414
(203) 696-9141                (570) 326-1551              (202) 863-8000
(800) 762-5272                (510) 845-8813              (978) 682-4353
(202) 662-9468                (570) 523-1104              (202) 333-0008
(202) 687-4798                (301) 519-5500              (800) 775-2258
(617) 482-3170                (800) 851-3420              (202) 822-6700