UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH RUSSELL JUDD,<br>    Petitioner,<br><br>v.<br><br>PAUL O'NEILL, et al.,<br>    Respondents. | )<br>)<br>)<br>) C.A. No. 03-40145-MLW<br>)<br>)<br>) |

ORDER

On February 25, 2004, petitioner Keith Russell Judd filed a document titled "Motion For Leave to Appeal In Forma Pauperis; Fed. R. App. Rule 24." In this motion, Judd refers to a notice of appeal he filed in the District of Columbia challenging that court's decision to transfer this case from the District of Columbia to the District of Massachusetts. He states that his appeal has received docket number 04-5039 in the United States Court of Appeals for the District of Columbia. The docket in this action does not indicate that Judd has filed a notice of appeal of any decision of this court. Thus, it appears that Judd has erroneously filed his application in this court rather than in the District of Columbia. See Fed. R. App. P. 24(a)

ACCORDINGLY, Judd's application to proceed without prepayment of fees on appeal is DENIED as moot.

SO ORDERED.

Dated at Boston, Massachusetts, this  3rd  day of   June  , 2004.

/s/ Mark L. Wolf
MARK L. WOLF
UNITED STATES DISTRICT JUDGE