UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH RUSSELL JUDD,        )<br>             Petitioner,    )<br>                              )<br>v.                              )<br>                              )<br>PAUL O'NEILL, et al.,       )<br>             Respondents.  ) | C.A. No. 03-40145-MLW |

ORDER OF DISMISSAL

WOLF, D.J.

In accordance with this Court's order dated June 3, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date June 3, 2004

(noticeofdismissal.wpd - 12/98)                                                                                                [odism.]