In The United States District Court For The District of Massachusetts

Keith Russell Judd For President of USA, Petitioner,
v.
Paul H. O'Neill, Secretary of Treasury, et al., Respondents.

No. 03-CV-40145-MLW

FILED
IN CLERKS OFFICE
2004 JUN 14 P 1:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

Motion For Certification of June 3, 2004, Order Denying Leave To Proceed In Forma Pauperis on Appeal No. 04-5039 in D.C. Circuit; Fed. R. Civ. P. Rule 54(b)

Petitioner, Judd, Pro Se, hereby moves this Court to Certify For Immediate Appeal, pursuant to, Fed. R. Civ. P. Rule 54(b), the June 3, 2004, order Denying Leave To Proceed In Forma Pauperis on Appeal No. 04-5039, in the District of Columbia Circuit, as this order is less than all claims to all the parties. A final appealable order will end the litigation on the merits. Van Cauwenberghe v. Biard, 100 L.Ed.2d 577 (1988).

The D.C. Circuit Docked my Amended Notice of Appeal of May 15, 2003, Transfer Order as a Petition For Writ of Mandamus, for District Court's failure to file the notice of appeal. The notice of appeal was timely filed pursuant to Fed. R. App. P. Rule 4(a)(1); Judd v. Furgeson, 239 F.Supp.2d 442, 447 (D.D.C. 2002) (notice of appeal divests district court of jurisdiction, and subsequent orders are void), Fed. R. App. P. Rule 3(d)(3), provides, "The district clerk's failure to serve notice does not affect the validity of the appeal."

Wherefore, Petitioner, Judd, Pro Se, asks this Court to Certify the issue pursuant to Fed. R. Civ. P. Rule 54(b); Rules Enabling Act, 28 U.S.C. § 2072(b), plus any other relief appropriate and just.

Respectfully Submitted,

Date: June 8, 2004

Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551