In The United States District Court For The District of Massachussetts

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, et al., Respondents,

No. 1:03F04E40145

[stamp: CLERK'S OFFICE 2004 JUN 14 P 1:14]

## Motion Under Fed. R. Civ. P. Rule 59, For Bifurcated Determination of Habeas Corpus, Under 28 U.S.C. § 2241, and Declaratory Judgment

Petitioner, Judd, Pro Se, hereby moves this Court, pursuant to, Fed R Civ P Rule 59, for Bifurcated determination of the Petition For Writ of Habeas Corpus, pursuant to, 28 U.S.C. § 2241, and thereafter Declaratory Relief From Firearms Disability, under 18 U.S.C. § 922(g).

The primary disability from firearms is incarceration. Petitioner asks this Court to grant habeas corpus relief from illegal incarceration, and thereafter declaratory relief from any remaining firearms disabilities.

Date: June 8, 2004

Respectfully Submitted,

/s/

Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(703) 267-1193

### Proof of Filing by Inmate Confined

I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on 6-8-04, I mailed this to;

1) U.S. District Court, 595 Main Street, Room 502, Worcester, MA, 01608

by /s/
USA Passport No. 132617459