In The United States District Court For The District of Massachusetts

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury;
John D. Ashcroft, U.S. Attorney General;
Harley G. Lappin, Director of the Federal Bureau of Prisons;
Bureau of Alcohol, Tobacco & Firearms;
U.S. Department of Justice, et al., Respondents.

FILED
IN CLERK'S OFFICE
No. 03-CV-40145
2004 JUN 14 P 1:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

<u>Motion For Additional Finding of Fact; Fed. R. Civ. P. Rule 52(b)</u>

Petitioner, Judd, Pro Se, hereby moves this Court to amend the June 3, 2004, Order of Dismissal Without Prejudice, with additional findings of fact, pursuant to, <u>Fed. R. Civ. P., Rule 52(b)</u>.

This is a Petition For Habeas Corpus Relief from Firearms Disability, pursuant to, 28 U.S.C. § 2241, and for Declaratory Judgment under 28 U.S.C. § 2201(a), after a Petition For Relief From Firearms Disability under 18 U.S.C. § 925(c), was denied based on lack of finding, but with a determination that due to an alleged mental commitment, I was prohibited under 18 U.S.C. § 922(G).

The determination that I am prohibited under 18 USC § 922(9), is a final agency decision.

<u>Exhaustion of Administrative Remedy</u>

While ATF agreed that I do not have a conviction due to violations of the antishuttling provision of the <u>Interstate Agreement on Detainers Act</u>, 18 U.S.C. App. 2, and that the numerous pretrial appeals in <u>United States v. Judd</u>, No. MO-98-CR-093, in the Western District of Texas divested district court of jurisdiction for trial and sentencing; the determination that I am serving a mental commitment is false. I have never been committed for a

(1)

Mental disease or defect.

The exhaustion of Administrative Remedy finding that I do not have a conviction, requires this Court to issue a Writ of Habeas Corpus, pursuant to, 28 U.S.C. § 2241.

This Court should review all related Administrative Record to find that I am also not under a Mental Commitment, and issue a Writ of Habeas Corpus.

Wherefore, Petitioner, Judd, Pro Se, asks this Court to make additional findings of fact, plus any other relief appropriate and just.

Respectfully Submitted

Date: June 8, 2004
(202) 863-8000
(202) 863-8500
(617) 495-1100

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551

Proof of Filing by Inmate Confined

I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on 6-8-04, I mailed this to:
1.) U.S. District Court, 595 Main Street, Room 502, Worcester, MA, 01608

by _____
U.S. Passport No. 132617459

Keith Russell Judd For President of USA, FEC # C00302919, 1-800-424-9530
www.vote-smart.org   www.leaderofthefreeworld.com   www.fec.gov

②