In The United States District Court For The District of Massachusetts

Keith Russell Judd For President of USA, Petitioner
v.
Paul H. O'Neill, etc., Respondents.

FILED
IN CLERK'S OFFICE
No. 03-cv-40145
2004 JUN 14 P 1: 13
U.S. DISTRICT COURT
DISTRICT OF

Motion To Alter or Amend Judgment; Fed.R.Civ.P., Rule 59

Petitioner, Judd, Pro Se, hereby moves this Court to Alter or Amend the June 3, 2004, order of Dismissal Without Prejudice, pursuant to, Fed.R.Civ.P., Rule 59.

On May 12, 2003, the U.S. District Court For The District of Columbia, ordered the 28 U.S.C. § 2241 Petition For Writ of Habeas Corpus, to be transferred to the District of Massachusetts, for personal jurisdiction over the Custodian, citing, Chatman-Bey v. Thornburgh, 864 F.2d 804, 810 (D.C.Cir.1988), finding that was challenging my confinement.

However, I was then transferred to LSCI Allenwood in Pennsylvania. This Court lacks personal jurisdiction.

Wherefore, Petitioner, Judd, Pro Se, asks this Court to transfer this 28 U.S.C. § 2241 Petition For Writ of Habeas Corpus to the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 1631, and 28 U.S.C. § 1404(a), plus any other relief appropriate and just.

Date: June 8, 2004
(212) 549-2500

Respectfully Submitted,

_____
Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551
Over For Proof of Filing

<u>Proof of Filing by Inmate Confined</u>

I declare under penalty of perjury pursuant to <u>Houston v Lack</u>, 487 U.S. 266 (1988), that on <u>6-8-04</u>, I mailed this to:

1.) U.S. District Court, 595 Main Street, Worcester, MA 01608

by [signature]
U.S. Passport No. 132617454