In The United States District Court For The District of Massachusetts

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury, etal, Respondents

FILED
IN CLERKS OFFICE
2004 JUN 14 D 3:44 40145
DISTRICT COURT
DISTRICT OF MASS

## Motion For Leave To Proceed In Forma Pauperis on Appeal

Petitioner, Judd, Pro Se, asks for leave to proceed in forma pauperis on appeal, pursuant to, Fed.R.App.P, Rule 24(a); Rules Enabling Act, 28 U.S.C. § 2072(b).

This case was transferred from the District of Columbia, where I was granted leave to proceed in forma pauperis, as a civil and Habeas Corpus action. See, Judd v. Hawk-Sawyer, etal., No. 02-CV-2389; Judd v. Bush, No. 03-CV-0040; Judd v. O'Neill, No. 03-CV-0819.

On May 30, 2003, I filed my notice of appeal of the May 21, 2003, order to Transfer to Massachusetts, pursuant to, Fed.R.App.P, Rule 4(c)(1). This case is in the D.C. Circuit.

Further, as a Habeas Corpus action, the PLRA, 28 U.S.C. § 1915(g) does not apply; United States v. Cole, 101 F.3d 1076 (5th Cir, 1996).

Under Fed.R.App.P, Rule 24(a), no further application is required.

Date: June 8, 2004

(703) 267-1193
(432) 533-6950
(703) 482-1100
(703) 854-3400
(213) 237-5000
(202) 898-7930
(404) 827-1503
(505) 823-7777

Respectfully Submitted,

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887
(570) 326-1551