In The United States District Court For The District of Massachusetts

Keith Russell Judd For President of USA, Petitioners

v.

Paul H. O'Neill, et.al, Respondents.

FILED
IN CLERK'S OFFICE
No. 1:03-CV-40145
2004 JUN 14  P 1:13
U.S. DISTRICT COURT
DISTRICT COURT

Motion For Certification For Appeal; Fed. R. Civ. P. Rules 54 (b)

Petitioner, Judd, Pro Se, hereby moves this Court to Certify for Appeal, pursuant to, Fed. R. Civ. P. Rule 54 (b); Rules Enabling Act, 28 U.S.C. § 2072 (b), as this Court's June 3, 2004, order disposes of less than all the claims to less than all the parties. This will allow the Court to proceed with the claims raised in this petition while the Court of Appeals decides the issue of recharacterization, under, Castro v. United States, 157 L.Ed 2d 778 (2003), and whether leave to proceed in forma pauperis in a Habeas Corpus case is subject to the Prison Litigation Reform Act, 28 U.S.C. § 1915 (g).

Date: June 8, 2004

Respectfully Submitted

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551

Proof of Filing

I declare under penalty of perjury pursuant to Fed. R. App. P. Rule 4(c)(1), that on _____, I mailed this to;

W: U.S. District Court, 595 Main Street, Worcester, MA, 01608

U.S. Passport No. 132612459