In The United States District Court For the District of Massachussetts

Keith Russell Todd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury, et al., Respondents

FILED
CLERK'S OFFICE
2004 JUN
DISTRICT COURT
DISTRICT OF MASS

No. 1:03-CV-40145

Notice of Appeal of June 3, 2004, Order Denying Leave To Proceed In Forma Pauperis on Appeal

Petitioner, Todd, ProSe, hereby gives notice of appeal of this Court's June 3, 2004, order denying leave to proceed in forma pauperis on Appeal No. 04-5039, in the United States Court of Appeals for the District of Columbia appealing the May 15, 2003, order of the U.S. District Court For The District of Columbia, in Todd v. O'Neill, et al., No. 03-CV-0879, to transfer to the District of Massachussetts. This is the only district court action in this transferred case to file for leave to appeal in forma pauperis, pursuant to; Fed. R. App. P. Rule 24 (a). See, Todd v. Furgeson, 239 F.Supp.2d 442 (D.N.J. 2002)(order denying leave to proceed in forma pauperis is immediately appealable collateral order).

This is an appeal of the May 15, 2003, order of Transfer. See, Todd v. Furgeson, 239 F.Supp.2d 442, 447 (D.N.J. 2002)(notice of appeal divests district court of jurisdiction, and subsequent orders are void.)

Respectfully Submitted,

/s/ _____

Date: June 5, 2004
(see attached May 6, 2004
notice from D.C. circuit
No. 04-5039, on IFP)

Keith Russell Todd For President of USA
Reg. # 11593-091, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887

Proof of Filing by Inmate
I declare under penalty of perjury pursuant to Fed. R. App. P. Rule 4(c)(1), that on 6-8-04, I mailed this to: U.S. District Court, 595 Main Street, Room 502, Worcester, MA, 01608,

by /s/ _____
U.S. Passport No. 152617459

# United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

Date: May 6, 2004

General Information
(202) 216-7000

USCA No. 04-5039    Caption: In re: Judd v. O'Neill

Dear Mr. Judd:

Your recent submission has been received. It has been processed as indicated below.

[ ]  The submission has been filed as a Motion for Leave to File a Petition for Writ of Mandamus *in forma pauperis* (without payment of the filing fee). The Motion for Leave and the lodged petition have been referred to a panel of the court for decision.

[ ]  The submission has been filed as a Petition for Writ of Mandamus and referred to a panel of the court for decision.

[xx]  The Submission has been filed as a Motion for Leave to Proceed on Appeal *in forma pauperis* (without payment of the docketing fee). This motion has been referred to a panel of the court for decision.

[ ]  This submission has been filed as a Motion for Appointment of Counsel. It has been referred to a panel of the court for decision.

[ ]  Other Submissions: _____

You will be promptly advised when the court issues its decision. For this reason it is essential you keep this office advised of any change of address.

PLEASE USE THE ABOVE DOCKET NUMBER AND CAPTION ON ALL FUTURE SUBMISSIONS. This allows for more expeditious processing.

Very truly yours,
Mark J. Langer, Clerk

By: *MaryAnne McMain*

MaryAnne McMain, Deputy Clerk

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE • 333 CONSTITUTION AVENUE N.W.