04-1667 KM

In The United States District Court for The District of Massachusetts

Keith Russell Judd for President of USA, Petitioner

v.

Paul H. O'Neill, Secretary of Treasury; et al., Respondents.

No. 1:03-CV-40145

### Notice of Appeal

Petitioner, Judd, Pro Se, hereby gives notice of appeal of the order in this case, pursuant to Fed. R. App. P., Rule 22(b)(1); Certificate of Appealability Rules Enabling Act, 28 U.S.C. § 2072(b).

Respectfully Submitted,

Keith Russell Judd for President of USA
Reg. # 11593-051, Gregg Unit
LSCI, Allenwood
P.O. Box 1000
White Deer, PA 17887
(570) 326-1551

Judd v. Roberts, No. 99-2251, 2000 WL 125155 (10th Cir. 2000).
In Re Judd, 5th Circuit, No. 03-51371
Re: Judd v. Ashby, 3rd Circuit No. 04-2279
In Re Judd, 5th Circuit No. 04-2230
Judd v. Ashby et al, 3rd Circuit No. 04-2232
Judd v. Bush, 1st Circuit No. 04-2076
Judd v. Bush, D.C. Circuit No. 03-5181
Judd v. USA, Federal Circuit No. 03-5042
Judd v. Leppert, D.C. Circuit No. 03-5124
Judd v. Zerk, 2nd Circuit No. 04-____