In The United States District Court For the District of Massachusetts

Keith Russell Judd For President of USA, Petitioner;

v.

Paul H. O'Neill, Secretary of the Treasury, et al., Respondents.

Civ. No. 1:03A-CV-40145-MLW

FILED
IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

## Notice of Appeal
## Application For Certificate of Appealability; Fed. R. App. P. Rule 22

Petitioner, Judd, Pro Se, hereby gives notice of appeal of the June 3, 2004, Order of Dismissal, of this Petition For Relief in Habeas Corpus, under 28 U.S.C. § 2241.

Under, Fed. R. App. P. Rule 22(b)(1), upon filing of a notice of appeal in a Habeas Corpus action, the district judge shall issue a Certificate of Appealability, or state why it should not be issued. See, Rules Enabling Act, 28 U.S.C. § 2072(b).

### Issue For Certification

Under Castro v. United States, 157 L.Ed.2d 778 (2003), this court should give me notice of intent to recharacterize my 28 U.S.C. § 2241 Petition For Writ of Habeas Corpus into a Civil Rights action under Prison Litigation Reform Act, and allow me to either withdraw or amend or challenge the recharacterization.

### Exhaustion of Administrative Remedy

The U.S. Department of Justice has taken over the firearms division of the Bureau of Alcohol, Tobacco and Firearms, and the Federal Bureau of Prisons is a component of the U.S. Department of Justice. I asked for relief from firearms disability under 18 U.S.C. § 925(c). ATF determined I was prohibited because of a mental commitment. This is a final agency decision.

In my application, I demonstrated the legal reasons why I do not have a conviction, or mental commitment.

(1.)

A favorable agency decision would require my immediate release from prison. See, United States v. Wilson, 117 L.Ed.2d 593 (1992)(28 U.S.C. § 2241 Petition after exhaustion of administrative remedy); Zadvydas v. Davis, 150 L.Ed.2d 653 (2001)(28 U.S.C. § 2241 Petition for actions that affect alien's status). ATF and the U.S. Department of Justice refuses to maintain records of the over 42 Pretrial Appeals that were pending during trial and sentencing in the federal criminal case. See, BOP Administrative Remedy, No. 32-9252-A, exhausted on issue. There is sharing of records in U.S. Dept of Justice. See, Doe v. Chao, 157 L.Ed.2d 1122 (2004)(agency's failure to maintain adequate records on individual resulting in "adverse" determination); United States v. Brooks, 145 F.3d 446, 454 (1st Cir. 1998)(district court divested of jurisdiction to go forward with trial where government filed timely notice of appeal prior to start of trial); Sell v. United States, 156 L.Ed.2d 197, 208-10 (2003)(immediately appealable collateral order doctrine).

Judgment against a criminal defendant becomes final upon mandate on direct appeal. See, Tinker v. Moore, 255 F.3d 1331 (11th Cir. 2001). In my case there is no conviction. This case was transferred from the District of Columbia as a Petition for Writ of Habeas Corpus, pursuant to, 28 U.S.C. § 2241, in the interest of justice of 28 U.S.C. § 1631, 28 U.S.C. § 1404(a). See, INS v. St. Cyr, 150 L.Ed.2d 347, 361 (2001)("Implications from statutory text or legislative history are not sufficient to repeal habeas jurisdiction"); Willy v. Costal Corp, 117 L.Ed.2d 280 (1992)(courts are not free to extend or restrict jurisdiction conferred by statutes); There is no jurisdiction under 28 U.S.C. § 2201(a).

(2)


The jurisdiction for Declaratory Judgment, under 28 U.S.C. § 2201(a), in this case, is derived from the Habeas Corpus statute, 28 U.S.C. § 2241, and adds no more relief than is available from 28 U.S.C. § 2241. See, United States v. Cotton, 152 L.Ed.2d 860, 867 (2002) ("defects in jurisdiction, require correction").

### In Forma Pauperis

The District of Columbia previously granted me leave to proceed in forma pauperis as a habeas corpus case, see, United States v. Cole, 101 F.3d 1076 (5th Cir. 1996) (habeas corpus case is not governed by PLRA for in forma pauperis). The prior grant of leave to proceed in forma pauperis, is controlling, and further application is not needed.

Wherefore, Petitioner, Judd, Pro Se, gives notice of appeal, and asks for a Certificate of Appealability, plus any other relief appropriate and just.

Respectfully Submitted,

Date: June 7, 2004

www.vote-smart.org
www.fec.gov
(202) 863-8000
(202) 863-8500
(617) 495-1100

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg A
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887
(570) 326-1551

### Proof of Filing

I declare under penalty of perjury pursuant to Fed.R.App.P. Rule 4(c)(1) that on 6-7-04, I mailed this to:
1.) U.S. District Court, One Courthouse Way, Suite 2300, Boston, MA 02210

by

www.leaderofthefreeworld.com              U.S. Postal #7601 132 6174 59