# United States Court of Appeals
## For the First Circuit

Nos. 04-1825
     04-1826

KEITH RUSSELL JUDD

Petitioner - Appellant

v.

PAUL H. O'NEILL

Respondent - Appellee

**ORDER OF COURT**
**Entered:** July 8, 2004

This court has docketed petitioner-appellant Keith Russell Judd's notices of appeal (docket nos. 17 and 18) from orders entered on June 3, 2004 in civil action no. 03-40145-MLW (D. Mass.) as Appeal Nos. 04-1825 and 04-1826. Appeal Nos. 04-1825 and 04-1826 are hereby consolidated for purposes of briefing and oral argument.

On June 14, 2004, petitioner filed several post-judgment motions in the district court, including a motion under Fed. R. Civ. P. 59 and a motion to alter judgment. To date, the district court has not acted on those motions. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notices of appeal do not become effective until the district court disposes of the post-judgment motions.

In addition, because the orders appealed from denied petitioner's petition for habeas corpus and dismissed the case, the appeals cannot proceed unless a certificate of appealability issues. See 28 U.S.C. §2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b). Petitioner-appellant's request for a certificate of appealability (no. 16), filed on June 14, 2004, is also pending in the district court.

Therefore, we direct petitioner-appellant Keith Russell Judd to file a status report in this court by **August 9, 2004** and *every thirty days thereafter,* informing this court of any action taken by the district court on the post-judgment motions or on the request for a certificate of appealability. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the request for a certificate of appealability.

If a status report is not filed by **August 9, 2004** and at **thirty-day intervals** thereafter, this appeal may be dismissed for lack of diligent prosecution. See Loc. R. 3(b).

When the district court rules on the post-judgment motions or on the request for a certificate of appealability, it is directed to forward its decision to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
Appeals Attorney

Certified Copies: Honorable Mark L. Wolf, Tony Anastas, Clerk
cc: Messrs. Judd and Grady

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

Date: 7/8/04