In The United States District Court For The District of Massachussetts

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury; U.S. Department of Justice, et aly, Respondents.

FILED
IN CLERKS OFFICE
No.]:03-40145-MLW
2004 AUG 16 P 1:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Notice of Appeal

Petitioner, Judd, Pro Se, hereby gives notice of appeal of the August 4, 2004, order denying several motions.

Date: August 11, 2004

Respectfully Submitted,

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887
(570) 326-1551

## Proof of Filing by Inmate

I declare under penalty of perjury pursuant to Fed. R. App. P. Rule 4(c)(1), that on August 11, 2004, I mailed this to:
1.) U.S. District Court, 595 Main Street, Room 502, Worcester, MA 01608

by ____
U.S. Passport No. 132617459