In The United States District Court For the District of Massachusetts,

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury;
U.S. Department of Justice, etal, Respondents.

FILED
IN CLERK'S OFFICE

Nov 1:03 Cv. 40145-MLW

U.S. DISTRICT COURT
DISTRICT OF MA

<u>Motion For Relief From August 4, 2004, order; Fed. R. Civ. P., Rule 60 (b)</u>

Petitioner, Judd, Pro Se, hereby moves this Court for relief from the August 4, 2004, order, pursuant to, <u>Fed. R. Civ. P., Rule 60 (b)</u>, as the Judgment is void for lack of jurisdiction.

Prior to the August 4, 2004, order, I filed a notice of appeal and the First Circuit had Docketed the Appeal, and I have filed my brief. The government's brief is due within 30-days. Jurisdiction vests in the Court of Appeals, if the notice of appeal is timely filed. <u>Becker v. Montgomery,</u> 149 L. Ed. 2d 983, 988 (2001); <u>Judd v. Furgeson, 239 F.Supp.2d 442, 447</u> (D.N.J. 2002)(<u>notice of appeal divests district court of jurisdiction, and subsequent orders are void</u>).

Wherefore, Petitioner, Judd, Pro Se, asks this Court to Vacate the August 4, 2004, order as void for lack of jurisdiction, plus any other relief appropriate and just.

<u>Date; August 11, 2004</u>

<u>Proof of Filing by Inmate</u>
I declare under penalty of perjury pursuant to, Houston v. Lack, 487 U.S. 266 (1988), that on, August 11, 2004, I mailed this to; U.S. District Court, 595 Main Street, Room 502, Worcester, MA, 01608.

by _____
U.S. Passport No. 132617459

Respectfully Submitted,

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551