In The United States District Court For the District of Massachusetts,

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury;
U.S. Department of Justice, et aly, Respondents,

FILED
IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

No. 1:03-CV-40145-MLW

Amendment To Motion For Leave To Appeal In Forma Pauperis; Fed. R. App. P. Rule 24

Petitioner, Judd, Prose, hereby supplements his Motion For Leave To Appeal in forma pauperis, pursuant to, Fed. R. App. P. Rule 24 (a)(3), Prior Approval.

In this Court's August 4, 2004, order, the court states I did not submit the issues I intend to present on appeal. I have already submitted my Pro Se Appellate Brief with the following issues on appeal:

1) District Court recharacterized this 28 U.S.G. § 2241 Petition For Writ of Habeas Corpus, into a civil action, without notice. See, Castro v. United States, 157 L. Ed. 2d 778 (2003), On May 15, 2003, the U.S. District Court For The District of Columbia, determined this is a Petition For Writ of Habeas Corpus, and ordered it transferred to the District of Massachusetts, for personal jurisdiction over the Custodian, under 28 U.S.G. § 2241. As the Declaratory Judgment Act, 28 U.S.G. § 2201 (a) does not provide any jurisdiction, the jurisdiction of this Petition is derived from 28 U.S.G. § 2241, See, Muhammad v. Close, 124 S. Ct. 1303 (2004) (some cases are hybrid). In Rasul v. Bush, No. 03-334, decided June 28, 2004, the Supreme Court held, 28 U.S.G. § 2241 "does not bar the exercise of federal-court jurisdiction over claims that merely implicate the same catagory of laws listed in the habeas corpus statute."

A proper decision in the habeas corpus claim, also requires Declaratory Relief from Firearms Disability, under 18 U.S.G. § 922 (g). There is no claim for monetary damages, Alston v. Parker, 363 F.3d 229 (3rd Cir. 2004). In addition, under Blakely v. Washington, No. 02-1632, decided June 24, 2004, Supreme Court, my Sixth Amendment right to trial by Jury requires immediate release, because

the Docketed Pretrial Appeals, in United States vs. Judd, 252 F.3d 435, (5th Cir 2001), divested district court of jurisdiction to empanel a jury. I do not have a conviction, or a sentence. The February 10, 2003, Decision of the Bureau of Alcohol, Tobacco and Firearms, also agreed that I do not have a conviction, but rather an alleged Mental commitment; I can also prove that I do not have a Mental commitment; for Habeas Corpus Relief under 28 U.S.C § 2241.

Wherefore, Petitioner, Judd, ProSe, asks this Court for leave to appeal in forma pauperis, pursuant to, Fed. R. App. P., Rule 24 (a)(3), plus any other relief appropriate and just.

Date: August 11, 2004                    Respectfully Submitted

                                   Keith Russell Judd for President of USA
                                   Reg. # 11593-051, Gregg Unit
                                   LSCI Allenwood
                                   P.O. Box 1000
                                   White Deer, PA, 17887
                                   (570) 326-1551

                        Proof of Filing by Inmate

I declare under penalty of perjury pursuant to Houston vs Lack, 487 U.S. 266 (1988), that on August 11, 2004, I mailed this do;

1.) U.S. District Court, 595 Main Street, Room 502, Worcester, MA, 01608

                              by
                              U.S. Passport No. 182617454