In The United States District Court For the District of Massachussetts

Keith Russell Judd For President of USA, Petitioner,
vs.
Paul H. O'Neill, Secretary of Treasury,
Bureau of Alcohol, Tobacco and Firearms, et al., Respondents

No.: 03-CV-40145

## Motion To Allow The National Rifle Association To Appear on Appeal as an Amicus Curiae; Fed. R. App. P. Rule 29(b).

Petitioner, Judd, Pro Se, hereby moves this Court for leave to allow the,
National Rifle Association, 11250 Waples Mill Road, Fairfax, Virginia, 22030, Tel. (703)267-1000, (800)672-3888, FAX (703)352-6404,
to appear as an Amicus Curiae on Appeal, pursuant to, Fed. R. App. P. Rule 29(b).

The NRA has expressed an interest in this case.

Respectfully Submitted,

Date: October 10, 2004
www.vote-smart.org

Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551