In The United States District Court For the District of Massachusetts

Keith Russell Judd For President of USA, Petitioner,
v.
Paul H. O'Neill, Secretary of Treasury, ATF, et al., Respondents.

No. 1:03-CV-40145

Motion For Leave To Proceed In Forma Pauperis As Petitioner Is Not A Prisoner as Defined by 28 U.S.C. § 1915(h), and Motion To Reopen Complaint Dismissed Without Prejudice

Petitioner, Judd, Pro Se, hereby moves this Court for leave to proceed in forma pauperis, because I am not a prisoner as defined by 28 U.S.C. § 1915(h). This case is based on the Bureau of Alcohol, Tobacco and Firearms (ATF), February 10, 2003, Administrative Decision, attached to the Petition, in which ATF determines I am prohibited from possessing a firearm under 18 U.S.C. § 922(g)(4),

"as a result of a current mental commitment to a federal medical center."

See, Kalocotrons v. Morgan, 247 F.3d 726 8th Cir. 2001)(inmate held at mental institution innocent by reason of insanity is not a prisoner under PLRA).

Wherefore, Petitioner, Judd, Pro Se, asks this Court to Reopen the complaint, and for leave to proceed in forma pauperis, plus any other relief appropriate and just.

Respectfully Submitted,

Date: October ___, 2004.

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit, LSCI Allenwood
P.O. Box 1000, White Deer, PA, 17887, (570)326-1551