In The United States District Court For The District of Massachussetts

Keith Russell Judd For President of USA, Petitioner,
v.
Paul H. O'Neill, Secretary of Treasury,
Bureau of Alcohol, Tobacco and Firearms, et al., Respondents

No. 1:03-CV-40145

## Motion To Appoint Alan Dershowitz As Attorney on Appeal

Petitioner, Judd, Pro Se, hereby moves this Court to appoint, Alan Dershowitz, Harvard Law School, 1575 Massachussetts Ave, Cambridge, MA, 02138, Tel.# (617) 495-4617, Fax # (617) 495-7855, as Attorney on Appeal, pursuant to, Americans With Disabilities Act, 42 U.S.C. § 12101, et seq., and Due Process and Equal Protection of the Laws. See, Tennessee v. Lane, 158 L.Ed.2d 820 (2004); Ortiz v. McBride, 323 F.3d 191, 194 (2nd Cir. 2003); Fed. R. Civ. P., Rule 17(c).

Contact has been made with Professor Dershowitz, and he has expressed an interest in my case.

Date: October ___, 2004
www.vote-smart.org

Respectfully Submitted,

_____
Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551