In The United States District Court For The District of Massachussetts

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, Secretary of Treasury, et al, Respondents,

No. 03-CV-40145

Supplemental Brief and Information In Support of Imminent Danger

Petitioner, Judd, Pro Se, hereby submits supplemental brief and information in support of leave to proceed in forma pauperis on appeal, under Imminent Danger of serious Physical Injury. 28 U.S.C. §1915(g). Attached hereto is the Program from the Christmas Play at LSCI Allenwood on December 20, 2004, in which I played the leading role of "Charlie", an inmate who died and went to Heaven. The Warden approved a video to be made, which has been replayed numerous times. While under severe pain, I was required to sing, and act over 40 minutes of memorized monologue and dialoge, dance, choreograph, and move equipment. On this dangerous stage, the guardian Angel fell, bumping into me on the way down, and collapsing on the floor, to the amusement of the audience, including Warden. All of this is documented on the video. See, Olympic Airways v. Husain, 157 L.Ed.2d 1146 (2004)(liability for death of passenger with asthma who asked to be moved from smoking section, and was refused). There is no judicial immunity as the federal criminal court completely lacked jurisdiction. See, Brief in, Judd v. O'Neill, 1st Circuit No. 04-1826; Mireles v. Waco, 112 S.Ct. 286, 288 (1991)(judge is not immune for action taken in complete absence of jurisdiction).

(1.)

Under <u>Porter v. Nussle</u>, 122 S.Ct. 983 (2002), the Court must issue Habeas Corpus relief as the least intrusive means necessary to correct the violation of the Federal Right. Under the <u>Administrative Procedure Act</u>, 5 U.S.C. § 551(13), agency action is defined as a "<u>failure to act</u>". <u>Norton v. Southern Utah Wild. Al.</u>, 159 L.Ed.2d 137, 149 (2004)(relief for a failure to act in § 706(1)).

My friend, Dr. Laverson, lives in the same Unit, and is a qualified expert witness. See, <u>United States v. Laverson</u>, 348 F.3d 329 (2nd Cir. 2003), <u>Certiorari Pending</u>.

I created, composed, wrote, a song necessary for me to play the part of "<u>Charlie</u>" in a play contrary to my beliefs. This yet unperformed song is entitled: <u>How Do I Pray Today?</u> The words are attached hereto. I am awaiting approval by the Warden to perform this song with <u>Electric Instruments</u>, in light of the Zimmer Bill.

Date: December 31, 2004
(800)424-9530
www.vote-smart.org

Respectfully Submitted,
Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

(2)

How Do I Pray Today?, Page 2 — by, Keith Russell Judd
Words only

U.S. Passport No. 132617454
Created: December 14, 2004

Solos, as if to pray
  1st Solo, 1st half of verse progression, Preferably Steel Guitar
  2nd Solo, 2nd half of verse progression, Piano

Verse 3
  Then Uncle Sam he took me far away
  The Battle fields, and now the Prison Gate
  One Nation Under God, they say
  But they don't teach me how to Pray

  And in my hand, "In God We Trust"
  I paid the taxes that I know, I must
  Then they carried me away, today
  Now its too late to Pray

3rd Verse Chorus
  So How Do I Pray Today?
  Mama's dead and she's so far away
  Father said we'd meet again, some day
  So How Do I Pray?

  How Do I Pray Today?
  I just don't know what to say
  It doesn't matter any way
  Now its too late to Pray

  It doesn't matter any way
  Now its too late to Pray.

Words, Music, and Video Created by Keith Russell Judd, Reg# 11593-051
Music transcribed by Dan McCann, Reg# 19157-034

# THE PROGRAM

Welcome and Introduction
Invocation

Communal Carols:    JOY TO THE WORLD
                    THE FIRST NOEL
                    ANGELS WE HAVE HEARD ON HIGH
                    HARK, THE HERALD, ANGELS SING

Choir:   FIND THE CHRIST IN CHRISTMAS
         SHINE

Solo:    O HOLY NIGHT

Choir:   CHRISTMAS IN PRISON

## THE PLAY

Scene 1 - A TYPICAL ATYPICAL LYCOMING CUBICLE
Scene 2 - HEAVEN'S A&O

Communal Carol & Candlelighting: SILENT NIGHT

## THE CHOIR

Dan Abines
Antonio Adams
Emmanuel Ainaskio
Roland Anderson
Carlo Avila
Roland Castro
Marco Cunningham
Robert Giacchina
Dave Green
Roger Hall
Julio Lajara
Lehman Howard
Igor Kravtsov
Trevor Palmer
Joe Trapp

## THE CAST AND CREW

M. and P.A. SYSTEM ............................................. #41419-083[1]
Charlie ........................................................... #11593-051[2]
G'dian Angel ..................................................... #11982-067[3]
Julio ............................................................. #83589-054[4]
Danny ............................................................ #57577-198[5]
Casting Staff .................................................... #36599-048[6]
Voice of the Angel .............................................. #33812-007[7]
Voice of God .................................................... (NOT George Burns)[8]
Keyboard ........................................................ #19157-034[9]
Violin I ......................................................... Lauren Shaffer
Violin II ........................................................ Tracy Rehn
Trumpet .......................................................... Danny Johnson
Bass ............................................................. Leroy Sears
Audio ............................................................ Dave Beetsch
A.D. ............................................................. Joseph Trapp
Written and Directed by Dana McCann

| 1 Ed Johnson | 2 Keith Judd | 3 Bob Buckheit | 4 "Choice" McNair |
| 5 John Kruegger | 6 Travis Barnes | 7 Danny Johnson | 8 Mr. D. Carter, Rec. Spec |
| 9 Dana McCann | | | |

## SPECIAL THANKS

Even under ordinary circumstances, it is impossible to produce a play without the energy, assistance, and dedication of many people. This play would simply not have happened without the efforts of many people. We would like to extend a very special thank you to the Warden, Mr. Apker, and Chaplain Hoops. Without their encouragement, it would have been literally impossible to share this play. Additional thanks go to Mr. Carter for agreeing to portray the voice of God; the Captain; Mr. Szulanczyk; Mr. Moulthrop; Mr. Holcomb; the Laundry and Facilities Staff members; and all the rest, whose contributions are so often overlooked.

Without question, this could not have happened without the prayers and spiritual encouragement of many people; nor the blessing of the Lord who made this all meaningful when He gave the very first Christmas present. (See John 3:16)

Also, a special thank you to Mr. Boggs, for coordinating the appearance of our violinists. Words cannot express how much they added to our evening and how much we appreciate their hearts and talents.

As a final note, our brother in Christ, Chris Breen, who had originally agreed to play the part of Charlie, is fondly remembered tonight as we focus on the One who came to give us never-ending life.