In The United States District Court For the District of Massachussetts.

Keith Russell Judd For President of USA, Petitioner,
v.
Paul H. O'Neill, Secretary of Treasury;
U.S. Department of Justice, et al., Respondents.

No. 03-CV-40145

## Motion To Reopen As Filing Fee Has Been Paid

Petitioner, Judd, Pro Se, hereby moves this Court to reopen this case, as the filing fee has been paid.

On June 3, 2004, this Court denied leave to proceed in forma pauperis, and dismissed.

I have now paid the filing fee.

Respectfully Submitted,

Keith Judd

Date: February 24, 2005
www.vote-smart.org

Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

### Proof of Filing and Service

I declare under penalty of perjury that on February 24, 2005, that I mailed this to:

1.) U.S. District Court, 595 Main Street, Room 502, Worcester, MA, 01608
2.) U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA, 02210

by Keith Judd
U.S. Passport No. 132617454