From: Keith Russell Judd For President of USA, www.vote-smart.org
Reg.# 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551

Date: April 26, 2005

FILED CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS

To: Clerk, United States District Court
For The District of Massachusetts,
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Judd v. Bailey, No. 02-CV-12375
    Judd v. O'Neill, No. 03-40145-MLW

I am requesting a receipt for the $5.00 filing fee that I have mailed this Court, twice, for these two Petitions for Writ of Habeas Corpus under 28 U.S.C. § 2241, each.

Thank You,

Keith Judd
Visa Passport No. 132617459

FEC# C00302919, at 1-800-424-9530