```
Wed May  4 15:54:14 2005        CA 03-cv-40145

   UNITED STATES DISTRICT COURT
   BOSTON          , MA
Receipt No.   321 63964
Cashier       nappi

Tender Type  CHECK

Check Number: 72270025

Transaction Type   N

DØ Code   Div No    Acct
 4638       1       0869PL

Amount          $     5.00

03-CV-40145-MLW/HABEAS CORPUS PAYMENT/KE
ITH JUDD V O'NEILL/LSCI

ALLENWOOD,PO BOX 1000,WHITE DEER,PA 1788
7
```