In the United States District Court for the District of Massachusetts

Keith Russell Judd For President of USA, Petitioner,

v.                                         No. 03-CV-40145 MLW

Paul H. O'Neill, et al., Respondents.

## Motion For Relief From Judgment Denying IFP

Petitioner, Judd, Pro se, hereby moves this Court for Relief From Judgment, pursuant to, Fed.R.Civ.P., Rule 60(b). This Court denied leave to proceed in forma pauperis. On May 4, 2005, the Clerk of this Court filed and received the filing fee for this action, at Docket No. 39 Receipt No. 32163964

Date: June 19, 2005
www.vote-smart.org

Respectfully Submitted,

Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887
(570) 326-1551

Proof of Filing by Inmate
I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on June 19, 2005, I mailed this to: 1.) U.S. District Court, one Courthouse Way, Suite 2300, Boston, MA, 02210.

by Keith
U.S. Passport No. 132617459

FEC#C00302919, @ 1-800-424-9530