IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS

Keith Russell Judd For President of USA, Petitioner,

v.   No. 03-CV-40145-MLW

Paul H. O'Neill, Secretary of the Treasury;
Bureau of Alcohol, Tobacco & Firearms;
Harley G. Lappin, Director of the Federal Bureau of Prisons;
U.S. Department of Justice; U.S. Secret Service, et al., Respondents.

MOTION FOR RELIEF FROM JUDGMENT DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING WITHOUT PREJUDICE; Fed.R.Civ.P., Rule 60(b)

Petitioner, Judd, Pro Se, hereby moves this Court for relief from judgment in this case, pursuant to Fed.R.Civ.P., Rule 60(b).

In the First Circuit's August 3, 2005, Judgment in Appeal No. 04-1825, No. 04-1826, and No. 04-2096, the Court of Appeals Affirmed this court's denial of leave to proceed in forma pauperis, and denied leave to proceed in forma pauperis as moot since I have submitted the receipt of paying the district court filing fee in this court.

The First Circuit determined this is a Habeas Corpus proceeding filed under 28 U.S.C. § 2241.

WHEREFORE, Petitioner, Judd, Pro Se, hereby moves this Court for relief from judgment, plus any other relief appropriate and just.

RESPECTFULLY SUBMITTED,

Date: August 8, 2005
www.vote-smart.org

KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

PROOF OF FILING BY INMATE CONFINED
I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on August 8, 2005, I mailed this to:

1.) U.S. District Court, 595 Main Street, Room 502, Worcester, MA 01608

By [signature]
U.S. Passport No. 132617459

FEC#C00302919,at,1-800-424-9530