In The United States District Court For The District of Massachussetts,

Keith Russell Judd For President of USA, Petitioner,

v.

Paul H. O'Neill, et al., Respondents.

No. 03-CV-40145

<u>Another Exhausted Administrative Remedy</u>; <u>Custody Issue</u>

Petitioner Judd, Prose, hereby submits another exhausted administrative remedy. <u>Attached hereto</u> is the August 10, 2005, letter from the <u>Office of Professional Responsibility</u> referring the issue to the Central Office of the Federal Bureau of Prisons.

<u>Attached hereto</u> is the August 31, 2005, letter from Regional Counsel, stating the requested documents are at the institution. For years, the institution refuses to provide the document that reflects when my custody changed from a state court to a federal court. See, <u>Judd v. Davis</u>, No. 99-2251, 2000 WL 123755 (10th Cir. 2000).

Date: September 11, 2005
www.vote-smart.org

Respectfully Submitted,
Keith Judd
Keith Russell Judd For President of USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551

FEC# C00302919, at 1-800-424-9530

U.S. Passport No. 132617459



**U.S. Department of Justice**

Office of Professional Responsibility

---

*Washington, D.C. 20530*

AUG 1 0 2005

Keith Russell Judd
Reg. No. 11593-051
LSCI Allenwood
P.O. Box 1000
White Deer, Pennsylvania 17887

Dear Mr. Judd:

This is in response to your January 27, 2005 Freedom of Information Act and Privacy Act (FOIA/PA) request to the North Central Regional Office of the Federal Bureau of Prisons for all information pertaining to you. We received your request on July 21, 2005.

Because you requested information that falls within the jurisdiction of the Federal Bureau of Prisons (FBOP), we are referring your request to FBOP's FOIA office for review and direct response to you. Any correspondence concerning your FOIA/PA request should be sent to the following address:

> FOIA/PA Section
> Federal Bureau of Prisons
> Department of Justice
> Room 841, HOLC Building
> Washington, D.C. 20534

Sincerely,

Marlene M. Wahowiak
Special Counsel
  for Freedom of Information and Privacy Acts

cc:  Wanda M. Hunt
     Chief, FOIA/PA Section
     Federal Bureau of Prisons



U.S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

U.S. Custom House - 7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

August 31, 2005

Keith Russell Judd, Reg. No. 11593-051
Low Security Correctional Institution - Allenwood
P. O. Box 1000
White Deer, Pennsylvania 17887

RE: FOIA Request No. 2005-7998

Dear Mr. Judd:

This is in response to your request for information that was received by the office of Professional Responsibility and referred to this agency on August 15, 2005, for an appropriate response. You request a copy of all records that are maintained by the agency regarding you. You specifically request records that reflect when your custody changed from a state court judgment to a federal court judgment.

In accordance with Bureau of Prisons' Program Statement 1351.05, <u>Release of Information</u>, you may have access to and review your central file by contacting staff at your institution to make arrangements for a local review. Copies of the releasable portion of your central file may be obtained locally.

I trust this has been responsive to your request.

Sincerely,

Henry J. Sadowski
Regional Counsel