IN THE UNITED STATES _District Court for the District of Massachussetts_

Keith Russell Judd For President of USA, Petitioner,

v.                                                    No. 1:03-CV-40145-MLW

_Paul H. O'Neill, Warden_ , et al.,

SUPPLEMENTAL EVIDENCE PROVING THAT THERE IS NO FEDERAL CONVICTION IN THIS HABEAS

   Petitioner, Judd, Pro Se, hereby submits supplemental evidence proving that I do not have a conviction in United States v. Judd, No. 98-51081, 252 F.3d 435 (5th Circuit March 19, 2001). This district court case was pending on numerous pretrial appeals during trial and sentencing. (See attached hereto, Order Staying Case Pending Resolution of Appeals, March 17, 1999; Amended Order Staying Case Pending Resolution of Appeals, March 23, 1999; Order Allowing All Hearings Before This Court on This Case To Be Transcribed And Provided To Defendant At Government Expense, April 7, 1999, in United States v. Judd, MO-98-CR-093, Western District of Texas.).

   Mandates did not issue before trial and sentencing, and many mandates still have not issued. See, Bell v. Thompson, 162 L.Ed.2d 693, 709 (2005)("the mandate has not issued, the finality and comity concerns that animate Calderon are impicated here."); Judd v. Furgeson, 239 F.3d 442, 447 (D.N.J. 2002)(notice of appeal divests district court of jurisdiction, and subsequent orders are void); Sheperd v. International Paper Co., 372 F.3d 326, 328 (5th Cir. 2004)(non-appealable order made without jurisdiction is appealable on issue of jurisdiction). There is no conviction.

Date: 10-26-05
www.vote-smart.org

RESPECTFULLY SUBMITTED,

_[signature]_
KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, LSCI Allenwood
P.O. Box 1000, White Deer, PA, 17887

PROOF OF FILING AND SERVICE
I declare under penalty of perjury that on _October 26, 2005_ , I mailed this to:

1.) U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA, 02210

By _[signature]_
U.S. Passport No. 132617459

FEC#000302919, at, 1-800-424-9530

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | MO-98-CR-93-F |
| KEITH RUSSELL JUDD<br>Defendant | §<br>§<br>§ | |

FILED
MAR 17 1999
CLERK, WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**ORDER STAYING CASE PENDING RESOLUTION OF APPEAL**

The Defendant in this case has filed appeals with both the Fifth Circuit and the United States Supreme Court regarding the issues of double jeopardy, the conditions of his release, the denial of his motion for the Court to provide transcripts of prior court hearings free of charge, the manner of filing motions, the requirement that he undergo a psychological examination, and others. Until these appeals are either dismissed or decided by the above referenced courts, this Court has no jurisdiction to hear the above-styled cause of action. Owing to that fact, this Court hereby stays this criminal action pending resolution of Defendant's appeals. Accordingly,

It is ORDERED that the above-styled cause of action, including all pending motions relating to it, is STAYED PENDING RESOLUTION OF DEFENDANT'S APPEALS.

Signed this 17th day of MARCH 1999.

Royal Furgeson
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

000381

F:\TEXT\CATHERIN\CRIMINAL\JUDD\STAYJUD.ORD
3/17/99 7:58am

1



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
MAR 23 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| v. | § | MO-98-CR-93-F |
| | § | |
| KEITH RUSSELL JUDD<br>Defendant | §<br>§<br>§<br>§ | |

**AMENDED ORDER STAYING CASE PENDING RESOLUTION OF APPEAL**

This Court issued an Order Staying Case Pending Resolution of Appeal on March 19, 1999. The Court now issues this Amended Order Staying Case Pending Resolution of Appeal to ensure that there is no confusion about the current status of the case or this Court's jurisdiction to entertain motions at this point in time. The Defendant in this case has filed appeals with both the Fifth Circuit and the United States Supreme Court regarding the issues of double jeopardy, the conditions of his release, the denial of his motion for the Court to provide transcripts of prior court hearings free of charge, the manner of filing motions, the requirement that he undergo a psychological examination, and others. Until these appeals are either dismissed or decided by the above referenced courts, this Court has no jurisdiction to hear anything in connection with the above-styled cause of action. To expound on that issue, this Court currently cannot entertain and consider any motions filed by the Defendant.[1] Until and unless this Court regains jurisdiction over this case, pursuant to a dismissal of or

---

[1] Obviously, this Court is also without jurisdiction to entertain motions filed by the Government, as well, but that has not been an issue at present.

F:\TEXT\CATHERIN\CRIMINAL\JUDD\STAYJUD.ORD
3/22/99 4:22pm

1

000416

a decision on the merits of the appeals, this Court cannot thus entertain any motions relating to the case. At this juncture, the filing of any such motions cannot result in a decision. Defendant Judd continues to file motions as if the Court can rule, but it cannot. Owing to the appeals, this Court hereby stays this criminal action pending resolution of those appeals. When the appeals are resolved, the Court can then act. Accordingly,

It is ORDERED that the above-styled cause of action, including all pending motions relating to it, is STAYED PENDING RESOLUTION OF DEFENDANT'S APPEALS.

Signed this 23rd day of MARCH 1999.

ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | § § § § | |
| v. | § | MO-98-CR-93-F |
| KEITH RUSSELL JUDD<br>Defendant | § § § § | |

FILED
APR - 7 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ORDER ALLOWING ALL HEARINGS BEFORE THIS COURT ON THIS CASE TO BE TRANSCRIBED AND PROVIDED TO DEFENDANT AT GOVERNMENT EXPENSE

Defendant Judd has appealed a number of rulings in this case thus far. Currently he has numerous appeals in this regard before the Fifth Circuit. Accordingly, in order to facilitate these appeals, this Court Orders that all transcripts from any hearing before this Court concerning the above-styled case be provided to Defendant Judd at government expense. Accordingly,

It is ORDERED that the transcripts from all hearings before this Court on the above-styled cause of action be provided to Defendant at government expense.

Signed this 6th day of APRIL 1999.

_Royal Furgeson_
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

F:\TEXT\CATHERIN\CRIMINAL\JUDD\TRANSCR.ORD
4/6/99 8:19am                                       1

