IN THE UNITED STATES DISTRICT COURT FOR THE District of Massachussetts

Keith Russell Judd For President of USA, Plaintiff,

v.    No. 03-CV-40145-MLW

Paul H. O'Neill, Secretary of Treasury,
United States of America    , et al., Defendants.

MOTION TO AMEND CLAIMS UNDER THE TORT CLAIMS ACT, 28 U.S.C. § 2671, et seq.

Plaintiff, Judd, Pro Se, hereby moves this Court to amend the complaint for the December 30, 2005, Determination by the Administrative Office of the United States Courts, stating I have a right to file suit in the district court. (See, attached hereto, December 30, 2005, Determination by Administrative Office of the United States Courts). And the November 25, 2005, Tort Claim No. TRT-NER-2005-03616, by the Federal Bureau of Prisons as to the $250.00 filing fee that I paid for this lawsuit. (See BOP Tort Claim attached hereto). See also the attached July 12, 2005, Order of the United States District Court For The District of Columbia, Judd v. USDCWDTx., et al., No. 05-CV-0780, reinstating this lawsuit because I paid the filing fee in full. Then this Court dismissed under the Informa Pauperis Statute, 28 U.S.C. § 1915.

RESPECTFULLY SUBMITTED,

Date: January 4, 2006
www.vote-smart.org

KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

PROOF OF FILING BY INMATE CONFINED
I declare under panlty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on January 6, 2006, I mailed this to:
U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA, 02210

By _____
FEC#C00302919,at,1-800-424-9530    U.S. Passport No. 132617459