

| | | |
|---|---|---|
| LEONIDAS RALPH MECHAM<br>Director | ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS | WILLIAM R. BURCHILL, JR.<br>Associate Director<br>and General Counsel |
| CLARENCE A. LEE, JR.<br>Associate Director | WASHINGTON, D.C. 20544 | ROBERT K. LOESCHE<br>Deputy General Counsel |

December 30, 2005

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Keith Russell Judd
Reg.# 11593-051, Gregg Unit
LSCI Allenwood
White Deer, PA 17887

Dear Mr. Judd:

This will serve as formal notification that the Administrative Office of the United States Courts has denied in full your tort claim dated August 30, 2005, for $21,257.00, arising from your sentencing in the United States District Court for the Western District of Texas.

It is this agency's conclusion that, because your claim arises entirely from the performance of official duties integral to the judicial process, the claim may not be settled under authority of the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.* The United States may assert absolute immunity from liability. 28 U.S.C. § 2674. In addition, you have not proven negligence on the part of a federal officer or employee that could give rise to tort liability under state law. 28 U.S.C. § 2672. Finally, to the extent that you allege violations of your constitutional rights, your claims are excluded from the coverage of the Federal Tort Claims Act. 28 U.S.C. § 2679(b)(2).

I am required by regulations of the Department of Justice to advise you that you have the right to file suit in an appropriate United States district court within six months of the date of mailing of this notification.

Sincerely,

John Chastain

John L. Chastain
Assistant General Counsel

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

DATE: November 25, 2005

REPLY TO
ATTN OF: Henry J. Sadowski, Regional Counsel

SUBJECT: Administrative Tort Claim No. TRT-NER-2005-03616

TO: Keith Russell Judd, Reg. No. 11593-051
LSCI Allenwood

Your Administrative Tort Claim No. TRT-NER-2005-03616, properly received by this agency on June 24, 2005, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $250.00 for an alleged loss of personal funds. Specifically, you claim you requested $250.00 be taken from your inmate trust fund account to pay the district court filing fee, however, staff at the Low Security Correctional Institution (LSCI) Allenwood, in White Deer, Pennsylvania, failed to send the money to the court.

After careful review of this claim, I have decided not to offer a settlement. Staff at LSCI Allenwood processed your Inmate Request for Withdrawal form on or about May 2, 2005. The check was received at LSCI Allenwood on May 11, 2005, at which time it was mailed to the district court in the envelope you provided. When you complained the court did not receive your check, the matter was investigated. The court has since received a $250.00 payment for your filing fee and your suit was reinstated. There is no evidence to suggest you actually experienced a loss as the result of negligence on the part of any Bureau of Prisons' employee.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Karen F. Hogsten, Warden, LSCI Allenwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH RUSSELL JUDD,

    Plaintiff,

v.                                    Civil Action No. 05-780

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF TEXAS, et al.,

    Defendants.

**FILED**
JUL 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff is a federal prison proceeding *pro se*. On May 31, 2005, the Court denied plaintiff's motion to proceed *in forma pauperis* and dismissed the case without prejudice. Plaintiff has filed a motion for reconsideration of that decision because he has paid the $250.00 filing fee in full. Accordingly, since plaintiff has paid the filing an does not seek *in forma pauperis* status, it is

**ORDERED** that plaintiff's motion for reconsideration is **GRANTED**. The Court's may 31, 2005 Order is **VACATED**. The complaint is ordered reinstated and the Clerk of the Court ordered to assign the case to a district court judge.

DATE:

7/12/05

_____
United States District Judge