IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS

Keith Russell Judd For President of USA, Plaintiff,

v.

No. 03-CV-40145-MLW

Paul H. O'Neill, Secretary of the Treasury;
Bureau of Alcohol, Tabacco & Firearms;
Harley G. Lappin, Director of the Federal Bureau of Prisons;
U.S. Department of Justice; U.S. Secret Service, et al., Defendants

MOTION FOR COURT TO ORDER THE CLERK TO ACCEPT PLAINTIFF'S FILING FEE AND OPEN CASE

Plaintiff, Judd, Pro Se, hereby moves this Court to Order the Clerk to accept the filing fee for this case, and open the case with Summons.

Plaintiff has arranged for the BOP to pay the filing fee from his inmate trust account, but the Clerk refuses payment of the filing fee. Newly discovered evidence proves Plaintiff is not a prohibited person under 18 U.S.C. § 922(g).

WHEREFORE, Plaintiff, Judd, Pro Se, asks this Court to Order the Clerk to accept the filing fee, and open the case with Summons, plus any other relief appropriate and just.

RESPECTFULLY SUBMITTED,

Date: February 3, 2006
www.vote-smart.org

KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551