From: Keith Russell Todd For President of USA, www.vote-smart.org
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551

Date: February 27, 2006

To: Clerk, U.S. District Court
595 Main Street, Room 502
Worcester, MA 01608

Re: Todd v. O'Neill, No. 1:03-CV-40145-MLW

I am writing to ask for the status of the district court filing fee on this case. Could you provide this information to me?

Thank You,

[signature]

U.S. Passport No. 132617459

FEC#C00302919, at 1-800-424-9530