IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS

Keith Russell Judd For President of USA, Plaintiff,

v.                                                          No. 1:03-CV-40145-MLW

Paul H. O'Neill, Secretary of the Treasury;
et al., Respondents-Defendants

AMENDED NOTICE OF APPEAL

Petitioner-Plaintiff, Judd, Pro Se, hereby amends his notice of appeal of the June 3, 2004, Order denying leave to proceed in forma pauperis, and then dismissing the action. The jurisdiction of this action was based, in part, on the Little Tucker Act, 28 U.S.C. § 1346(a), for claim of Breach of the Pretrial Diversion Agreement, and under 28 U.S.C. § 2513, for Unjust Conviction and Imprisonment. Both of these claims entitles me to possess a firearm.

Under 28 U.S.C. § 1295(a)(2), the United States Court of Appeals For The Federal Circuit has exclusive jurisdiction for this appeal. See, Britell v. United States, 318 F.3d 70 (1st Cir. 2003); Fed.R.App.P., Rule 4(a)(4)(B)(iii).

RESPECTFULLY SUBMITTED,

Date: March 1, 2006,
www.vote-smart.org
KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.# 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

PROOF OF FILING BY INMATE CONFINED

I declare under penalty of perjury pursuant to Fed.R.App.P., Rule 4(c)(1), that on March 2, 2006, I mailed this amended notice of appeal to:

1.) U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA, 02210

By _____
U.S. Passport No. 132617459

FEC#C00302919,at,1-800-424-9530