IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS

Keith Russell Judd For President of USA, Petitioner,

v.                                            No. 03-CV-40145-MLW

Paul O'Neill, et al., Respondents.

## NOTICE OF APPEAL

Plaintiff, Judd, Pro Se, hereby gives notice of appeal of the **March 15, 2006, Order**, in this action based <u>in part</u> on the jurisdiction of the <u>Little Tucker Act</u>, 28 U.S.C. § 1346(a)(2). Under 28 U.S.C. § 1295(a)(2), the Federal Circuit has exclusive jurisdiction over an appeal based in part on 28 U.S.C. § 1346(a)(2). See, <u>United States v. Hohri</u>, 96 L.Ed.2d 51 (1987); <u>Wilson v. Turnage</u>, 755 F.2d 967 (D.C. Cir. 1985).

This appeal is to the <u>United States Court of Appeals For The Federal Circuit</u>.

RESPECTFULLY SUBMITTED,

Date; March 21, 2006
www.vote-smart.org
KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

### PROOF OF FILING BY INMATE CONFINED

I declare under penalty of perjury pursuant to <u>Fed.R.App.P., Rule 4(c)(1)</u>, that on <u>March 22, 2006</u>, I mailed this notice to:

1.) U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA, 02210

By _____
U.S. Passport No. 132617459

FEC#C00302919,at,1-800-424-9530