# United States Court of Appeals
## For the First Circuit

No. 04-1825
    04-1826
    04-2096

KEITH RUSSELL JUDD,

Petitioner, Appellant,

v.

PAUL H. O'NEILL,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: August 3, 2005

Appellee moves for summary disposition of these three consolidated appeals filed by Keith Russell Judd, a prolific filer of frivolous lawsuits in this and other courts around the country. All three appeals stem from the district court's denial of a petition Judd filed under 28 U.S.C. § 2241. We affirm the orders appealed essentially for the reasons stated by the district court. The motion for leave to proceed on appeal in forma pauperis is denied as moot.

Affirmed. See 1st Cir. Loc. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 4/13/06

By: **JULIE GREGG**
_____
Operations Manager.

[cc:  Keith Russell Judd, Mark Jon Grady, AUSA,
      Dina M. Chaitowitz, AUSA]