IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS

Keith Russell Judd For President of USA, Petitioner,

v.                                                          No. 1:03-CV-40145-MLW

Paul H. O'Neill, Secretary of Treasury, et al.
                                             Respondents.

### MOTION TO ALTER OR AMEND MARCH 15, 2006, ORDER

Plaintiff, Judd, Pro Se, hereby moves this Court to Alter or Amend the March 15, 2006, Order, pursuant to Fed.R.Civ.P., Rule 59(e).

Plaintiff asks this Court to give him an opportunity to pay the $150.00 district court filing fee in this case.

On June 3, 2004, this Court, in a single Order, construed this action as a civil action, rather than a habeas corpus action, then denied leave to proceed in forma pauperis, and dismissed the case. I was never given an opportunity to pay the filing fee.

Wherefore, Plaintiff, Judd, Pro Se, asks this Court to determine how much has been paid on the filing fee, and give me an opportunity to pay the filing fee an proceed as a civil action, plus any other relief appropriate and just.

RESPECTFULLY SUBMITTED,

Date: March 22, 2006
www.vote-smart.org

KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg. #11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

Proof of Filing by Inmate  I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on March 23, 2006, I mailed this to:
1.) U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA, 02210

By _____
U.S. Passport No. 132617459

FEC#C00302919,at,1-800-424-9530