APPEAL, HABEAS

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:03-cv-40145-MLW

Judd v. O'Neill
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 11/24/2003
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

Keith Russell Judd

represented by **Keith Russell Judd**
115-93-051
FCI Allenwood
Low Security
PO Box 1500
White Deer, PA 17887
PRO SE

V.

**Respondent**

**Secretary of Treasur Paul H. O'Neill**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/17/2003 | 2 | NOTICE of Change of Address by Keith Russell Judd (Hassett, Kathy) (Entered: 01/05/2004) |
| 11/24/2003 | 1 | Case transferred in from U.S. District Court in the District of Columbia (Jenness, Susan) (Entered: 01/05/2004) |
| 12/29/2003 | 3 | Emergency MOTION for Immediate Habeas Corpus Relief by Keith Russell Judd.(Costello, Helen) (Entered: 01/07/2004) |
| 01/05/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 01/05/2004) |

| | | |
|---|---|---|
| 02/05/2004 | 4 | Amended PETITION for Writ of Habeas Corpus, filed by Keith Russell Judd.(Jenness, Susan) (Entered: 02/05/2004) |
| 02/05/2004 | | Doc.4 forwarded for reveiw (Jenness, Susan) (Entered: 02/05/2004) |
| 02/25/2004 | 5 | MOTION for Leave to Appeal in forma pauperis by Keith Russell Judd, FILED.(Boyce, Kathy) (Entered: 03/02/2004) |
| 05/26/2004 | 6 | EMERGENCY MOTION for action on Habeas Corpus; 28 U.S.C.'s 2241 by Keith Russell Judd.(Hassett, Kathy) (Entered: 05/26/2004) |
| 06/03/2004 | 7 | Judge Mark L. Wolf : ORDER entered denying [3] Motion for Immediate Habeas Corpus Relief and 4 Motion for Writ of Habeas Corpus. Judd's application to proceed without prepayment of fees is denied and this action is dismissed.The Clerk is directed to enter a notation on the docket stating that "Plaintiff Keith Russell Judd has received three or more strikes under 28 U.S.C. s. 1915(g) and is thus ineligible to proceed in forma pauperis in this district unless he is under imminent danger of serious physical injury." (Weissman, Linn) (Entered: 06/03/2004) |
| 06/03/2004 | | Remark: Plaintiff Keith Russell Judd has received three or more strikes under 28 U.S.C. s. 1915(g) and is thus ineligible to proceed in forma pauperis in this district unless he is under imminent danger of serious physical injury. (Weissman, Linn) (Entered: 06/03/2004) |
| 06/03/2004 | 8 | Judge Mark L. Wolf : ORDER entered denying 5 Motion for Leave to Appeal in forma pauperis. Judd's application to proceed without prepayment of fees on appeal is DENIED as moot. (Weissman, Linn) (Entered: 06/03/2004) |
| 06/03/2004 | 9 | ORDER entered. In accordance with this Court's order dated June 3, 2004, it is ORDERED that the within action be and it is hereby dismissed.(Weissman, Linn) (Entered: 06/03/2004) |
| 06/03/2004 | | Civil Case Terminated. (Weissman, Linn) (Entered: 06/03/2004) |
| 06/07/2004 | 18 | NOTICE OF APPEAL as to 7 Order on Motion for Miscellaneous Relief,,, 8 Order on Motion for Leave to Appeal in forma pauperis, 9 Order by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web |

| | | |
|---|---|---|
| | | site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/28/2004. (Boyce, Kathy) (Entered: 06/17/2004) |
| 06/10/2004 | 21 | MOTION for Certificate of Appealability by Keith Russell Judd, FILED.(Boyce, Kathy) (Entered: 06/23/2004) |
| 06/14/2004 | 10 | MOTION for certification of June 3, 2004, order denying leave to proceed in forma pauperis on appeal no. 04-4039. by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 11 | MOTION under Fed. Rule Civil rule 59. by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 12 | MOTION for additional finding of facts. by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 13 | MOTION for relief from judgment by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 14 | MOTION to Alter Judgment by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 15 | MOTION for Leave to Appeal in forma pauperis by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 16 | MOTION for Certificate of Appealability by Keith Russell Judd.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/14/2004 | 17 | NOTICE OF APPEAL as to 9 Order by Keith Russell Judd. filing fee not paid. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/5/2004. (Jones, Sherry) (Entered: 06/14/2004) |
| 06/22/2004 | 19 | Certified and Transmitted Record on Appeal to US Court of Appeals re 17 Notice of Appeal, NOA #17 & 1-16 copies of original electronic documents (Ramos, Jeanette) (Entered: 06/22/2004) |
| 06/22/2004 | 20 | Certified and Transmitted Record on Appeal to US Court of Appeals re 18 Notice of Appeal, NOA #18 (Ramos, Jeanette) (Entered: 06/22/2004) |
| 06/24/2004 | 22 | USCA Case Number 04-1825 for 17 Notice of Appeal, filed |

| | | |
|---|---|---|
| | | by Keith Russell Judd. (Ramos, Jeanette) (Entered: 06/25/2004) |
| 07/13/2004 | 23 | ORDER of USCA as to 18 Notice of Appeal, filed by Keith Russell Judd, 17 Notice of Appeal, filed by Keith Russell Judd. This court has docketed petitioner-appellant Keith Russell Judd's notices of appeal (docket nos. 17 and 18) from orders entered on June 3, 2004 in civil action no. 03-40145-MLW )D. Mass.) as Appeal Nos. 04-1825 and 04-1826. Appeal Nos. 04-1825 and 04-1826 are hereby consolidated for purposes of briefing and oral argument. On June 14, 2004, petitioner filed several post-judgment motions in the district court, including a motion under Fed. R. Civ. P. 59 and a motion to alter judgment. To date, the district court has not acted on those motions. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notices of appeal do not become effective until the district court disposes of the post-judgment motions. When the district court rules on the post-judgment motions or on the request for a certificate of appealability, it is directed to forward its decision to this court forthwith. (Ramos, Jeanette) (Entered: 07/13/2004) |
| 08/04/2004 | 24 | Judge Mark L. Wolf: ORDER entered finding as moot 10 Motion for Certification of June 3, 2004 Order, denying 11 Motion for Bifurcated Determination of Habeas Corpus, denying 12 Motion for Additional Finding of Fact, denying 13 Motion, denying 14 Motion to Alter Judgment, denying 15 Motion for Leave to Appeal in forma pauperis, finding as moot 16 Motion for Certificate of Appealability, denying 21 Motion for Certificate of Appealability cc/petitioner,counsel (Boyce, Kathy) (Entered: 08/04/2004) |
| 08/16/2004 | 25 | NOTICE OF APPEAL as to 24 Order on Motion for Miscellaneous Relief, Order on Motion to Alter Judgment,, Order on Motion for Leave to Appeal in forma pauperis,, Order on Motion for Certificate of Appealability, by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/6/2004. (Hassett, Kathy) (Entered: 08/16/2004) |
| 08/16/2004 | 26 | MOTION from August 4, 2004 order re 24 Order on Motion |

| | | |
|---|---|---|
| | | for Miscellaneous Relief, Order on Motion to Alter Judgment,, Order on Motion for Leave to Appeal in forma pauperis, Order on Motion for Certificate of Appealability, by Keith Russell Judd, c/s.(Hassett, Kathy) (Entered: 08/16/2004) |
| 08/16/2004 | 27 | Amendment to MOTION for Leave to Appeal In Forma Pauperis by Keith Russell Judd, c/s.(Hassett, Kathy) (Entered: 08/16/2004) |
| 08/18/2004 | 28 | Certified and Transmitted Record on Appeal to US Court of Appeals re 25 Notice of Appeal, (Ramos, Jeanette) (Entered: 08/18/2004) |
| 08/19/2004 | 29 | Supplemental Record on Appeal transmitted to US Court of Appeals re 18 Notice of Appeal, 17 Notice of Appeal, 25 Notice of Appeal, entire case file (Ramos, Jeanette) (Entered: 08/19/2004) |
| 08/19/2004 | 30 | USCA Case Number: 04-2096 assigned by First Circuit for 25 Notice of Appeal, filed by Keith Russell Judd. (Ramos, Jeanette) (Entered: 08/24/2004) |
| 10/15/2004 | 31 | MOTION to allow the National Rifle Association to appear on appeal by Keith Russell Judd.(Jones, Sherry) (Entered: 10/15/2004) |
| 10/15/2004 | 32 | MOTION to proceed in forma pauperis as petitioner is not a prisoner as defined by 28 U.S.C. 1915 and Motion to Reopen Case by Keith Russell Judd.(Jones, Sherry) (Entered: 10/15/2004) |
| 10/15/2004 | 33 | MOTION for Leave to Appeal in forma pauperis by Keith Russell Judd.(Jones, Sherry) (Entered: 10/15/2004) |
| 10/15/2004 | 34 | MOTION to Appoint Alan Dershowitz as Counsel on appeal by Keith Russell Judd.(Jones, Sherry) (Entered: 10/15/2004) |
| 01/06/2005 | 35 | BRIEF and information in support of imminent danger by Keith Russell Judd. (Jones, Sherry) (Entered: 01/07/2005) |
| 03/02/2005 | 36 | MOTION to Reopen Case as filing fee has been paid by Keith Russell Judd, c/s.(Jones, Sherry) (Entered: 03/02/2005) |
| 03/25/2005 | 37 | MOTION for relief from judgment dismissing case re 24 Order on Motion for Miscellaneous Relief,,,, Order on Motion to Alter Judgment, Order on Motion for Leave to Appeal in forma pauperis, Order on Motion for Certificate of Appealability, by Keith Russell Judd.(Jones, Sherry) (Entered: |

| | | |
|---|---|---|
| | | 03/25/2005) |
| 05/02/2005 | 38 | Letter/request (non-motion) from Keith Russell Judd requesting a receipt of the $5.00 filing fee he mailed to the court, FILED. (Boyce, Kathy) (Entered: 05/06/2005) |
| 05/04/2005 | 39 | Filing fee: $ 5.00, receipt number 63964 regarding receipt opf $5.00 filing fee (Boyce, Kathy) Additional attachment(s) added on 5/9/2005 (Boyce, Kathy). (Entered: 05/09/2005) |
| 05/13/2005 | 40 | MOTION to Vacate, Correct, or Reduce a Sentence under Equitable tolling Caluse of 28 U.S.C. 2255; or determine that 28 U.S.C. 2255 is Ineffective or Inadequate for a Savings Clause Petition for Writ of Habeas Corpus under 28 U.S.C. 2241 by Keith Russell Judd.(Hassett, Kathy) (Entered: 05/13/2005) |
| 06/22/2005 | 41 | MOTION for Relief from Judgment Denying IFP by Keith Russell Judd, FILED.(Boyce, Kathy) (Entered: 06/23/2005) |
| 08/12/2005 | 42 | MOTION for Relief from Judgment denying leave to proceed In Forma Pauparis and Dismissing without Prejudice by Keith Russell Judd, c/s.(Hassett, Kathy) (Entered: 08/12/2005) |
| 08/12/2005 | 43 | MOTION for leave to appeal In Forma Pauperis by Keith Russell Judd, c/s.(Hassett, Kathy) (Entered: 08/12/2005) |
| 08/31/2005 | 44 | MEMORANDUM in Support re 42 MOTION for relief from Judgment denying leave to proceed in Forma Pauparis and Dismissing without Prejudice filed by Keith Russell Judd. (Attachments: # 1)(Flaherty, Elaine) (Entered: 08/31/2005) |
| 09/15/2005 | 45 | Letter/request (non-motion) from Keith Russell Judd. (Hassett, Kathy) (Entered: 09/15/2005) |
| 10/31/2005 | 46 | Supplemental Evidence Proving that there is no Federal Conviction in this Habeas, FILED. (Boyce, Kathy) Modified on 11/4/2005 to correct typographical error(Boyce, Kathy). (Entered: 11/03/2005) |
| 11/04/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 41, Supplemental Evidence corrected because: to correct a typographical error in the text of entry (Boyce, Kathy) (Entered: 11/04/2005) |
| 01/03/2006 | 47 | NOTICE of supplemental authorities in support of by Keith Russell Judd re 4 Petition for Writ of Habeas Corpus (2254), c/s. (Jones, Sherry) (Entered: 01/03/2006) |

| | | |
|---|---|---|
| 01/13/2006 | 48 | MOTION to Amend Claims Under the Tort Claims Act, 28:2671 by Keith Russell Judd, FILED. (Attachments: # 1) (Boyce, Kathy) (Entered: 01/18/2006) |
| 01/30/2006 | 49 | SUPPLEMENTAL BRIEF on Statutory Interpretation of Savings Clause of Sec. 2255 by Keith Russell Judd, FILED. (Boyce, Kathy) (Entered: 02/02/2006) |
| 02/09/2006 | 50 | MOTION for Court to order the Clerk to accept Plaintiff's filing fee and open case by Keith Russell Judd.(Hassett, Kathy) (Entered: 02/09/2006) |
| 03/06/2006 | 51 | Letter/request (non-motion) from Keith Russell Judd. (Jones, Sherry) (Entered: 03/06/2006) |
| 03/06/2006 | 52 | AMENDED NOTICE OF APPEAL as to 8 Order on Motion for Leave to Appeal in forma pauperis, 9 Order by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/27/2006. (Boyce, Kathy) (Entered: 03/07/2006) |
| 03/15/2006 | 53 | Judge Mark L. Wolf : For the reasons stated in this Memorandum and Order, Judd's Motions (## 26 and 27) are DENIED with prejudice and (## 31, 32, 33, 34, 36, 37, 40, 41, 42, 43, 48, and 50) are DENIED without prejudice. Furthermore, this Court hereby certifies that an appeal of this action would not be taken in good faith within the meaning of 28 U.S.C. section 1915(a)(3) and Fed. R. App. P. 24(a)(3). (PSSA, 1) (Entered: 03/16/2006) |
| 03/20/2006 | 54 | Supplemental Record on Appeal transmitted to US Court of Appeals re 52 Notice of Appeal, 18 Notice of Appeal, 17 Notice of Appeal, 25 Notice of Appeal, Documents included: 31-35, 37, 40-48, 51, 52 (Ramos, Jeanette) (Entered: 03/20/2006) |
| 03/24/2006 | 55 | NOTICE OF APPEAL as to 53 Order on Motion for Leave to Appeal,, Order on Motion for Miscellaneous Relief,, Order on Motion to Reopen Case,, Order on Motion for Leave to Appeal in forma pauperis,, Order on Motion to Appoint Counsel,,,,,,, Order on Motion to Vacate,,,,,,,, Order on Motion to Amend,,,,, by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript |

| | | |
|---|---|---|
| | | Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/13/2006. (no fee paid) (Boyce, Kathy) (Entered: 03/24/2006) |
| 03/27/2006 | 57 | MOTION to Alter or Amend 53 Order on Motion for Leave to Appeal by Keith Russell Judd, FILED.(Boyce, Kathy) (Entered: 03/31/2006) |
| 03/28/2006 | 56 | Supplemental Record on Appeal transmitted to US Court of Appeals re 25 Notice of Appeal, Documents included: 52 (Ramos, Jeanette) (Entered: 03/28/2006) |
| 03/29/2006 | 58 | AMNEDED NOTICE OF APPEAL as to 8 Order on Motion for Leave to Appeal in forma pauperis by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/18/2006. (Boyce, Kathy) (Entered: 04/04/2006) |
| 04/13/2006 | 59 | MANDATE of USCA as to 18 Notice of Appeal, filed by Keith Russell Judd, 17 Notice of Appeal, filed by Keith Russell Judd, 25 Notice of Appeal, filed by Keith Russell Judd. Appellee moves for summary disposition of these three consolidated appeals filed by Keith Russell Judd, a prolific filer of frivolous lawsuits in this and other courts around the country. All three appeals stem from the district court's denial of a petition Judd filed under 28 U.S.C. 2241. We AFFIRM the orders appealed essentially for the reasons stated by the district court. The motion for leave to proceed on appeal in forma pauperis is denied as MOOT. AFFIRMED. (Ramos, Jeanette) (Entered: 04/13/2006) |
| 04/14/2006 | | Judge Mark L. Wolf : Electronic ORDER entered denying 57 Motion to Amend. As this motion is not timely and, in any event, is not meritorious, it is hereby DENIED. (O'Leary, Dennis) (Entered: 04/14/2006) |
| 04/21/2006 | 61 | NOTICE OF APPEAL as to 53 Order on Motion for Leave to Appeal,, Order on Motion for Miscellaneous Relief,, Order on |

| | | |
|---|---|---|
| | | Motion to Reopen Case,, Order on Motion for Leave to Appeal in forma pauperis,, Order on Motion to Appoint Counsel, Order on Motion to Vacate, Order on Motion to Amend, by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/11/2006. (Boyce, Kathy) (Entered: 05/01/2006) |
| 04/24/2006 | 60 | MOTION to Amend Order on Motion to Amend by Keith Russell Judd, c/s.(Jones, Sherry) (Entered: 04/24/2006) |
| 04/24/2006 | 62 | NOTICE OF APPEAL as to 8 Order on Motion for Leave to Appeal in forma pauperis, 9 Order by Keith Russell Judd. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/15/2006. (Boyce, Kathy) (Entered: 05/01/2006) |