# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 03-cv-40145

Keith Russell Judd

v.

Paul O'Neill, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:   61

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/21/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 2, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/2/06  .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06