IN THE UNITED STATES DISTRICT COURT FOR *The District of Massachussets*

Keith Russell Judd For President of USA, Plaintiff,

v.

*Paul H. O'Neill, Secretary of Treasury, et al., Defendants,*

No. *03-CV-40145-MLW*

AMENDED NOTICE OF APPEAL *April 14, 2006, Order*

    Plaintiff, Judd, Pro Se, hereby amends his original notice of appeal in this action, pursuant to Fed.R.Civ.P., Rule 15(a). The jurisdiction of this action was based, in part, on the Little Tucker Act, 28 U.S.C. § 1346(a)(2), founded on the Constitution, or any Act of Congress, or any regulation of an executive department, or upon any express or implied contract, not exceeding $10,000.00. This includes Breach of the Pretrial Diversion Agreement, under 28 U.S.C. § 2513 for Unjust Conviction and Imprisonment, and Breach of the Interstate Agreement on Detainers Act, 18 U.S.C.App. § 2, and § 5, providing all courts, et al., shall enforce.

    Under 28 U.S.C. § 1295(a)(2), the United States Court of Appeals For The Federal Circuit has exclusive jurisdiction for this appeal. United States v. Hohri, 96 L.Ed.2d 51 (1987); Wilson v. Turnage, 755 F.2d 967 (D.C. Cir. 1985).

RESPECTFULLY SUBMITTED,

Date: March 2, 2006
www.vote-smart.org

KEITH RUSSELL JUDD FOR PRESIDENT OF USA
Reg.#11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570)326-1551

PROOF OF FILING BY INMATE CONFINED

I declare under penalty of perjury pursuant to Fed.R.App.P., Rule 4(c)(1), that on *April 25, 2006*, I mailed this amended notice to:

1.) *US District Court, One Courthouse Way, Suite 2300, Boston, MA 02210*

By *[signature]*
U.S. Passport No. 132617459

FEC#C00302919,at,1-800-424-9530