# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## MEMORANDUM

**TO:**      Jeanette Ramos, US DC of MA

**FROM:**    Donna Barchard, US Court of Appeals

**DATE:**    May 8, 2006

**RE:**      5 notice of appeals certified over in 03-cv-40145  US v. Judd

 

 

The above noted appeals certified to this court on May 2, 2006 are returned to your court. All of the notice of appeals are directed to the Federal Circuit.