# United States Court of Appeals
## For the First Circuit

No. 04-1825
    04-1826
    04-2096

KEITH RUSSELL JUDD,

Petitioner, Appellant,

v.

PAUL H. O'NEILL,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: August 3, 2005

Appellee moves for summary disposition of these three consolidated appeals filed by Keith Russell Judd, a prolific filer of frivolous lawsuits in this and other courts around the country. All three appeals stem from the district court's denial of a petition Judd filed under 28 U.S.C. § 2241. We <u>affirm</u> the orders appealed essentially for the reasons stated by the district court. The motion for leave to proceed on appeal in forma pauperis is denied as <u>moot</u>.

<u>Affirmed</u>. <u>See</u>  1st Cir. Loc. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
      Operations Manager

[cc:  Keith Russell Judd, Mark Jon Grady, AUSA,
         Dina M. Chaitowitz, AUSA]