In The United States District Court For The District of Massachusetts

Keith Russell Judd For President of USA, Plaintiff,

v.   No. 1:03-CV-40145-MLW

Paul H. O'Neill, Secretary of Treasury, etal.,
Defendants.

### Motion To Allow Payment of Filing Fee

Plaintiff, Judd, Pro Se, hereby moves this Court to allow him to pay the filing fee in this case.

On June 3, 2004, this Court determined that the filing fee in this case was $150.00, and dismissed without ever providing an opportunity to pay the filing fee. If this Court will allow me to pay the filing fee, then the appeal in the Federal Circuit will be moot, and I will dismiss it.

If this Court is going to assess a filing fee, it must provide an opportunity to pay the filing fee.

Date: June 1, 2006
www.vote-smart.org

Respectfully Submitted
Keith Judd
Keith Russell Judd For President of USA
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551

U.S. Passport No. 152617459

FEC# C00302919, ub, 1-800-424-9530